PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jose Gonzalez  **Docket Number:** 99-00285-009
                                     **PACTS Number:** 23295

**Name of Sentencing Judicial Officer:** HONORABLE JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 01/27/2009
**Orriginal Offense:** Conspiracy to Distribute Heroin, 21 USC § 846
**Original Sentence:** 57 months imprisonment; 3 years supervised release

**Date of Current Offense:** 01/20/09
**Current Sentence:** 8 months imprisonment; 21 months supervised release
**Current Offense:** Violation of Supervised Release

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 07/22/09

**Assistant U.S. Attorney:** Maureen Raune, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Rena Rothfield, 19-21 West Mt. Pleasant Avenue, Livingston, New Jersey 07039 (973) 740-0944

## PETITIONING THE COURT

[✓] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | a) On October 1, 2009, the offender was arrested by the New York City Transit Police and charged with intent to commit fraud. |
| | b) On December 17, 2009, the offender was arrested in Paramus, New Jersey and charged with hindering apprehension and shoplifting from the Lord and Taylor's Department Store. The merchandise was valued at $721.99. |
| | c) On January 24, 2010, the offender was arrested in Wayne, New Jersey and charged with shoplifting from the Macy's Department store. The merchandise was valued at $588.80. |

PROB 12C - Page 2
Jose Gonzalez

2  The offender has violated the standard supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

On October 1, 2009, the offender was arrested by the New York City Transit Police and charged with intent to commit fraud. The offender did not have permission to travel outside the judicial district.

3  The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

The offender was arrested on October 1, 2009, by the New York City Transit Police, on December 17, 2009, by the Paramus Police, and on January 24, 2010, by the Wayne Police. The offender failed to notify the probation officer of any of those arrests.

4  The offender has violated the special supervision condition which states '**the defendant shall refrain from the illegal possession and use of drugs, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment an outpatient or inpatient basis, as approved by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court.**'

a.) On December 14, 2009, the offender admitted abusing heroin, and signed a drug admission form. On January 27, 2010, the offender submitted a urine sample positive for codeine, and morphine (C-00166458). On April 12, 2010, during a scheduled office visit, the offender also admitted to abusing 4 bags of heroin on a daily basis. A drug admission form was also signed on this date.

b.) The offender failed to keep outpatient drug treatment appointments at Straight and Narrow Inc. on December 3, December 14, December 17, December 21, and December 22, 2009, January 19, and January 25, 2010.

5  The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to report to the probation office on March 9, March 16, March 23, March 30, and April 6, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 9/01/10

PROB 12C - Page 3
Jose Gonzalez

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/29/2010
Date